UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

United States of America,

          Plaintiff,

vs.                      ORDER ADOPTING THE
                       REPORT AND RECOMMENDATION

Benjamin One Deer Hart,

          Defendant.           Crim. No. 14-379 (ADM/LIB)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

That Defendant's Motion to Suppress August 8, 2014, Statements, Admissions and Answers, [Docket No. 24], is **DENIED.**

                                           s/Ann D. Montgomery
                                           Ann D. Montgomery, Judge
DATED: March 6, 2015               United States District Court
At Minneapolis, Minnesota